## GOLDMAN v. NEW YORK.

No. 1261.   Decided June 17, 1968.

*Robert E. Goldman* and *Stephen R. Wiener* for appellant.

*Frank S. Hogan* and *H. Richard Uviller* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the judgment should be reversed.

## RHODES v. COOK.

No. 1283.   Decided June 17, 1968.

*E. A. Niemeier, Frank A. Bauman, John K. Mallory, Jr.,* and *R. Michael Duncan* for appellant.

*John F. Wilson* for appellee.

*Harry R. Calbom, Jr.,* for Pay'n Pak Stores, Inc., et al., as *amici curiae,* in support of appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS dissents.